UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WANDA JEAN NYCE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:11-CV-594-BO |
| | ) | |
| LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the clerk is DIRECTED to enter judgment as follows: Judgment for PLAINTIFF on plaintiffs long-term disability benefit claim. Judgment for DEFENDANT on defendant's first and second counterclaims. The amount of the overpayment without prejudgment interest is $3,490.11. The prejudgment interest rate to be applied to plaintiffs benefits and the overpayment she owes is 8% simple interest. The monthly long-term disability benefit payable to plaintiff, net the social security offset, is $7 41.

**This Judgment Filed and Entered on February 22, 2013, and Copies To:**

Andrew O. Whiteman  (via CM/ECF Notice of Electronic Filing)
Julia M. Ebert  (via CM/ECF Notice of Electronic Filing)
Robert M. Wood  (via CM/ECF Notice of Electronic Filing)
Ashley B. Abel  (via CM/ECF Notice of Electronic Filing)

DATE
February 22, 2013

JULIE A. RICHARDS, CLERK
/s/ Susan K. Edwards
(By) Susan K. Edwards, Deputy Clerk